UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVON GETHERS,

Plaintiff,

-against-

CITY OF POUGHKEEPSIE,

Defendant.

26-CV-372 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of Plaintiff's Amended Complaint, ECF No. 42, and the case's referral to Chief Magistrate Judge McCarthy for settlement, ECF No. 45, the Court DENIES as moot Defendant City of Poughkeepsie's Motion to Dismiss, ECF No. 24.

Additionally, because Plaintiff's Amended Complaint, ECF No. 42, brings claims only against Defendant City of Poughkeepsie, the Clerk of Court is directed to terminate the State of New York from this case.

The Clerk of Court is directed to terminate ECF No. 24.

Dated: September 29, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge